## United States District Court
## For the Northern District of Illinois
## Eastern Division

| | | |
|---|---|---|
| **ART PRESS, LTD** <br> a CANADIAN CORPORATION <br> vs. <br><br> **WESTERN PRINTING** <br> **MACHINERY COMPANY** <br> an ILLINOIS CORPORATION | } <br> } <br> } <br> } <br> } <br> } | Case No. 82cv116 <br><br> **Judge**: HART <br><br> **Mag**: BUCKLO |

## Notice of Removal of Material
## From the Custody of the Clerk's Office

The following item(s) was/were removed from the custody of the Clerk's Office by the undersigned, who is representing (PLAINTIFF) party: ART PRESS, LTD

Document # 168 Docketed as " Plaintiff's exhibits for second trial." ( 2 black binders of exhibits)

I, __John D. Casey__, am authorized to remove the above described
   (Print Name)
document(s) from the court.

Signature: _____

By: _____
Deputy Clerk, Travis Grammer

Firm: JENNER  & BLOCK

Date: 02/20/2008

**F I L E D**

FEB 20 2008  TG

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**JENNER&BLOCK**

February 20, 2008

Jenner & Block LLP    Chicago
330 N. Wabash Avenue    Dallas
Chicago, IL 60611-7603    New York
Tel 312 222-9350    Washington, DC
www.jenner.com

Ross B. Bricker
Tel  312 923-4524
Fax  312 840-7524
rbricker@jenner.com

Mr. Travis Grammer
Deputy Clerk of the
United States District Court
219 North Dearborn Street, 20th Floor
Chicago, Illinois 60604

    Re:    <u>Exhibits for Case 82cv116 Document 168</u>

Dear Mr. Grammer:

We have decided to take custody of the exhibits docketed as "Plaintiff's exhibits for second trial". One of these three people will be coming to your office today to retrieve these exhibits:

    John Casey
    Tristam Crittendon
    Darla Simons

Sincerely,

*[signature]*

Ross B. Bricker